COACH, INC. and COACH SERVICES, INC.,   )
     *Plaintiffs*,   )
     )
*vs.*   )   2:13-cv-00411-JMS-DKL
     )
DYER'S GENERAL STORE AND OUTLET,   )
KIMBERLY DYER, and DAVID L. DYER,   )
individually and d/b/a Dyer's General Store   )
and Outlet,   )
     )
     *Defendants*.   )

## **ORDER**[1]

Defendants David L. Dyer, Kimberly Dyer, and Dyer's General Store and Outlet ("Dyer's General") have filed a *pro se* Answer to the Complaint filed by Plaintiffs Coach, Inc. and Coach Services, Inc. [Filing No. 6.] The Court notes that corporations cannot appear *pro se*, but must appear through an attorney. *Nocula v. UGS Corp.*, 520 F.3d 719, 725 (7th Cir. 2008). While individual Defendants Kimberly Dyer and David Dyer may continue to represent themselves in this litigation, Dyer's General cannot represent itself and the Dyers cannot represent Dyer's General either. *See In re IFC Credit Corp.*, 663 F.3d 315, 318 (7th Cir. 2011) ("individuals are permitted to litigate pro se, though not to represent other litigants"); 28 U.S.C. § 1654.

Accordingly, the Court **ORDERS** that, should Dyer's General intend to participate in this litigation, it must appear by counsel and file an Answer to the Complaint by **March 13, 2014**.

02/25/2014

*(signature)* Jane Magnus-Stinson

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

---

[1] As part of the Court's pilot program regarding hyperlinking in Court filings, this Order contains hyperlinks to documents previously filed in this case, and to legal authority.

**<u>Distribution via ECF only to all counsel of record</u>**


**<u>Distribution by U.S. Mail to:</u>**

Kimberly Dyer
8 S. Edwards St.
Worthington, IN 47471

David Dyer
8 S. Edwards St.
Worthington, IN 47471

Dyer's General Store and Outlet
8 S. Edwards St.
Worthington, IN 47471